```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
     IN RE:                                       CASE NO. 05 B 09121
        BARBARA JARVIS-NEAVINS
                                                  CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

           Debtor
        SSN XXX-XX-4024


     ---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
     ---------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

        1.  The case was filed on 03/14/05 and confirmed on 06/20/05.

        2.  The case was converted to Chapter 7 after confirmation, 06/15/2008.

        3.  The Debtor paid a total of $  26696.02 .

        4.  The Trustee made disbursements to creditors as follows:


     ---------------------------------------------------------------------------
     CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
     ---------------------------------------------------------------------------
     COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00             .00           .00
     COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     5854.26             .00       5854.26
     SUMMER WIND CONDO ASSOC    SECURED           1882.85             .00       1107.77
     AMERICREDIT FINANCIAL      SECURED          20000.00         4108.68      10881.33
     DAIMLER CHRYSLER FINANCI   SECURED            515.30         1028.58        515.30
     CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED             .00           .00
     CINGULAR WIRELESS          FILED LATE            .00             .00           .00
     CROSS COUNTRY BANK         UNSECURED       NOT FILED             .00           .00
     FIRST NATIONAL BANK MARI   UNSECURED       NOT FILED             .00           .00
     LINCOLNWAY DENTAL          UNSECURED       NOT FILED             .00           .00
     NORTH SHORE AGENCY         UNSECURED       NOT FILED             .00           .00
     RECEIVABLES MANAGEMENT I   UNSECURED          240.00             .00           .00
     TCF NATIONAL BANK          UNSECURED       NOT FILED             .00           .00
     INTERNAL REVENUE SERVICE   FILED LATE            .00             .00           .00
     ROBERT J HUETTE            UNSECURED        29300.00             .00           .00
     FOX VALLEY LEGAL GROUP     ORIGINAL ATTO    2200.00             .00       2200.00
     DAIMLER CHRYSLER FINANCI   UNSECURED         1529.63             .00           .00
     RICHARD G LARSEN           ORIGINAL ATTO         .00             .00           .00
                Summary of disbursements:

                           SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
     ---------------------------------------------------------------------------
     TOTAL CLMS ALLOWED    28252.41     2200.00    31069.63         .00     61522.04
     PRINCIPAL PAID        18358.66     2200.00         .00         .00     20558.66
     INTEREST PAID          5137.26         .00         .00         .00      5137.26
     TOTAL PAID            23495.92     2200.00         .00         .00     25695.92
     The Debtor's attorney, GARY L SHILTS                , was allowed $         .00
     and was paid $         .00 .

     The Trustee received $   1000.10 .
```

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/11/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE